# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue
Garden City, N.Y. 11530
Tel: (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

Offices throughout the Northeast
Toll Free: (866) 877-FELA

_____

Sean Constable, Esq.
Admitted in NY & MA

April 9, 2025

Application GRANTED.  The parties' deadline to submit the Joint Pre-Trial Order is extended to **July 3, 2025**.  This deadline will not be further extended.

The Clerk of Court is directed to terminate ECF No. 21.

Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10001

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Dated: April 10, 2025

RE:  LAWRENCE RASSER V. LONG ISLAND RAILROAD COMPANY
     23 Civ. 2182 (JHR)(VF)

Dear Judge Rearden:

    I am plaintiff's counsel in the above-entitled case and write jointly with defense counsel to request an extension of time to submit the Joint Pre-Trial Order ("JPTO") to a date following the settlement conference currently scheduled for June 26, 2025 at 10:00 AM.

    The parties thank the Court for its consideration of this request.

Very truly yours,

Sean Constable

cc:  Jacob Goins, Esq.